## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

JASON SMITH                 *

     **Plaintiff**             *

**Vs.**                      *      **CIVIL ACTION No.:**

**CENTURY CDJR, INC.**      *      **1:20-CV-02153 SAG**

     **Defendants**         *
*    *    *    *    *    *    *    *    *    *    *    *

### ORDER

HAVING CONSIDERED, Defendant's Motion to Dismiss, and after reviewing any and all response thereto, IT IS, this \_\_\_\_\_ day of _____, 2020,

HEREBY ORDERED, that the Motion is GRANTED, and that the Plaintiff's Complaint is dismissed with prejudice.

 

               _____
               United States District Court for the District of Maryland

Copies To:
Plaintiff and
All Counsel of Record

THOMAS, THOMAS & HAFER LLP
OWINGS MILLS CORPORATE CAMPUS
10065 RED RUN BLVD., SUITE 130
OWINGS MILLS, MD 21117
4641766.1

23